Al Gene FISHER, Jr., Petitioner—
Appellant,

v.

FELKER, Respondent—Appellee.

No. 06–55651.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.\*

Filed Dec. 30, 2008.

Al Gene Fisher, Jr., Susanville, CA, for
Petitioner–Appellant.

Before GOODWIN, WALLACE and
RYMER, Circuit Judges.

MEMORANDUM \*\*

California state prisoner Al Gene Fisher,
Jr. appeals from the district court's judg-
ment dismissing his 28 U.S.C. § 2254 peti-
tion as time-barred. We have jurisdiction
pursuant to 28 U.S.C. § 2253, and we af-
firm.

Fisher contends that he is entitled to
equitable tolling of the statute of limita-
tions because he had inadequate access to
the prison law library during prison lock-
downs and because he had periods of men-
tal illness. We conclude that Fisher is not

entitled to equitable tolling because he has
not demonstrated that an extraordinary
circumstance stood in his way and prevent-
ed timely filing. *See Lawrence v. Florida,*
549 U.S. 327, 127 S.Ct. 1079, 1085, 166
L.Ed.2d 924 (2007).

We deny Fisher's request for an eviden-
tiary hearing because, even if his allega-
tions are true, he is not entitled to equita-
ble tolling. *See Roy v. Lampert,* 465 F.3d
964, 969 (9th Cir.2006).

We deny Fisher's request for appoint-
ment of counsel.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

